BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH (CSBN 228561)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900
Victoria.Boesch@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DEGUZMAN,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CASE NO.  2:12-CV-00338 KJM-AC<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35**<br><br>**Hearing formerly scheduled for**:<br><br>DATE:    December 6, 2012<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Gregory G. Hollows<br>CTRM:   Courtroom 9, 13th Floor |

Plaintiff Michelle DeGuzman and Defendant United States of America respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35.  This stipulation renders moot Defendant's pending motion to compel such an exam (Dkt. 19).

The parties hereby stipulate that Plaintiff will submit to an independent medical examination by Dr. Eugene J. Carragee, M.D, on December 7, 2012, at 8:30 a.m. at 501 I Street in Sacramento, California, in the Federal Occupational Health Facility, Suite 7-300.  Plaintiff may bring with her to the examination a female companion who is not an attorney and is not affiliated with Plaintiff's counsel.  The examination will not be audiotaped.

STIPULATION AND ORDER

1

Dated: November 16, 2012

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

By:    */s/ Victoria L. Boesch*
        VICTORIA L. BOESCH
        Assistant United States Attorney

        Attorneys for Defendant
        United States of America


        DREYER BABICH BUCCOLA
        WOOD CAMPORA, LLP

By:    */s/ Hank G. Greenblatt (authorized on 11/16/12)*
        HANK G. GREENBLATT

        Attorneys for Plaintiff
        Michelle DeGuzman


In light of the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The December 6, 2012 hearing on the Government's motion to compel is vacated; and

2. The Government's November 8, 2012 motion to compel is denied as moot.

DATED: November 26, 2012

                                                _____/s/_____
                                                ALLISON CLAIRE
                                                UNTIED STATES MAGISTRATE JUDGE

/mb;degu0338.stip

STIPULATION AND ORDER                         2